In The United States District Court For The District of Maryland

Ericky Bogues
         Plaintiff                          Civil Action # CCB-13-1061
V.
LT. Smith
    et al Defendants

                          APR 0 9 2013
                          AT BALTIMORE
                      CLERK U.S. DISTRICT COURT
                          DISTRICT OF MARYLAND

I. Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rule of Civil Procedure.

In the United States District Court For the District of Maryland

Fricky Bogues
 / Plaintiff                                     Civil Action #

V.

Lt. Smith housing unit manager
Sgt. Gilums housing unit supervisor         NBCI
Sgt. Iser housing unit supervisor    →    14100 McMullen Hwy, S.W.
Sgt. Forney housing unit supervisor       Cumberland Maryland
Lt. McCalpine housing unit manager        21502
Officer Girvin D Tier Tier Officer
Officer Bear unit supervisor

Complaint

On 1/28/13 around 8:30 AM Plaintiff was placed in shower to have his shower for that day. Plaintiff completed his shower and was left in shower by tier officer. Plaintiff requested to see Lt. Smith, Sgt. Gilums and Sgt. Iser who all work on shift that plaintiff was placed in shower. Tier officer Girvin stated they are aware of your request. Plaintiff stated are they aware that I'm done my shower and would like to return to my cell, and your refusing to take me back to my cell tier officer smirked and walked away.

PLAINTIFF WAS NOT Fed his Lunch meal. PLAINTIFF WAS NOT Aforded Right To his meal. PLAINTIFF Remained Locked in This Dirty shower where inmates urin and smire Feces it's very unsanitary. PLAINTIFF Remained There For That whole shift Locked in This shower. Lt. Smith is building manager, sgt. Iser is supervisor And Sgt. Gilum's All was Aware PLAINTIFF was Locked in shower From 8:30 A.m. They Left Their job duty At 3:00 with me Still Locked in The shower. Camera on This Date And Time Will support PLAINTIFF Alagations. When shift changed PLAINTIFF Asked 3-11 shift To Let him out The shower To Return To his cell. PLAINTIFF had Face To Face conversation with LT. McCalpine And Sgt. Forney To be Let out of shower And Return To his cell. Both ignored PLAINTIFF. PLAINTIFF Did not Recieve his Dinner. PLAINTIFF was not Afforded his Right To his meal And Remained Locked in shower For That whole shift 3-11. When shift changed To 11-7 I had Face To Face conversation with building supervisor on 11-7 shift At Around 11:30 P.m. he stated 7-3 is Responsible For what ever has Taken Place with you being Lock in shower And not Allowed To Return To your cell And he walked Away. Camera Will support PLAINTIFF Alagations Against supervisor Bear.

On 11-7 shift Plaintiff was not afforded right to his breakfast meal. Plaintiff has a right to a meal. Plaintiff remained locked in shower unable to use restroom to relieve himself. There has been fly's and the smell of urin and feces of other people in existing in this shower all night and day in this shower. Plaintiff has been left in this shower without concern for what is fair or right needlessly to suffer. When shift changed which was the original shift that placed me in the shower 7-3 shift. At 8:25 am Sgt. Gilums came remove me from shower and placed me in contigency cell for no reason. This cell has no shelves, table and I'm unable to controll my own light. My behavior do not warrant such punishment.

I do hereby declare and affirm upon personal knowledge and under the penalties of perjury that the foregoing statements are true and correct.

Respectfully Submitted

Ericky Bogues

1/30/13

The defendants intentional failur to remove plaintiff from unsanitary shower and remain there for over 23 hours without feeding plaintiff. Constitute deliberate indifference and violates the eighth (8TH) amendment of the United States Constitution, which protects plaintiff from cruel and unusual punishment

### Relief Sought

① Compensatory damages from each defendant in the amount of $20,000.00, jointly and severally

② Punitive damages in the amount of $20,000.00 against each defendant

③ A trial a jury trial on all issues trible by jury.

④ Plaintiff cost in this suit.

⑤ Any additional relief this honorable court deems just, proper, and equitable

Date 1/30/13

Respectfully Submitted
Ericky Bogues